■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD HERNANDEZ, Appellant. [666 NYS2d 425] —Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered February 29, 1996, convicting defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 3 to 6 years, and imposing a mandatory surcharge, unanimously affirmed.

Defendant's claim regarding the surcharge is premature (*People v Velasquez*, 198 AD2d 25, *lv denied* 82 NY2d 932). We have reviewed defendant's arguments concerning the imposition of the surcharge and find them to be without merit. Concur—Rosenberger, J. P., Williams, Andrias and Colabella, JJ.